NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
DAVID T. RYAN (Cal. Bar No.295785)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4491
     Facsimile: (213) 894-2979
     E-mail:   david.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 84-972-VAP |
|---|---|
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| RICHARD W. MILLER, et al., | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney David T. Ryan, and non-party Fugitive Media, hereby file this joint status report, pursuant to this Court's May 23, 2019, Minute Order (Dkt. 1325).

    On May 23, 2019, the Court ordered the parties to file a status report by May 31, 2019, regarding (1) the status of the review by the government and the Court Information Security Officer to determine whether materials in the sealed case file are subject to classification; and (2) the status of the parties' efforts to obtain additional unsealed and sealed records from the Clerk's office.

**Status of Review of Classified Materials**

On May 20, 2019, government counsel met with the Court Information Security Officer ("CISO"), Scooter Slade.  Mr. Slade agreed to review the sealed case file to determine whether it contains material that is subject to classification.  Mr. Slade subsequently informed government counsel that there are numerous records from the case, including trial transcripts, that were designated as classified and that are in the CISO's custody.  Mr. Slade further indicated that he would begin the process of consulting with the appropriate agencies to determine whether any documents in the sealed case file provided to the government are subject to classification, and whether any documents that were previously designated classified are no longer subject to classification.

**Status of Efforts to Obtain Additional Records from the Clerk**

As set forth in the government's recent ex parte application (Dkt. 1324), on May 17, 2019, representatives from the Clerk's office informed government counsel and Ms. Wilson that there may be additional sealed and unsealed physical records located at the Federal Records Center in Riverside that had not previously been provided in response to Ms. Wilson's requests for unsealed records or to the government's request for sealed records.  The Clerk's office has since confirmed that it is not in possession of any additional sealed or unsealed physical records.

**Proposed Briefing Schedule**

In light of the foregoing, the parties propose the following briefing schedule:

1. By June 14, 2019, the government shall file a response to Fugitive Media's Request to Unseal Exhibits and Transcripts

```
             Or, In The Alternative, View Sealed Documents, with respect
             to the sealed documents provided to the government by the
             Clerk's Office.
          2. By June 28, 2019, the government shall file a status report
             regarding the review of the remaining sealed documents
             previously designated as classified to determine whether
             they remain subject to classification.
```

Dated: May 31, 2019                     Respectfully submitted,

                                              NICOLA T. HANNA
                                              United States Attorney

                                              PATRICK R. FITZGERALD
                                              Assistant United States Attorney
                                              Chief, National Security Division


                                               /s/
                                              DAVID T. RYAN
                                              Assistant United States Attorney

                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA

Dated: May 31, 2019                     Respectfully submitted,


                                               /s/ by e-mail authorization
                                              ELIZABETH WILSON
                                              Fugitive Media