NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
DAVID T. RYAN (Cal. Bar No.295785)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4491
    Facsimile: (213) 894-2979
    E-mail:   david.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
JUN 18, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_BH\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 84-972-RMT-1 |
|---|---|
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE REGARDING NON-PARTY FUGITIVE MEDIA'S REQUEST TO UNSEAL DOCUMENTS [1326] |
| v. | |
| RICHARD MILLER et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

    (1)  On or before June 14, 2019, the government shall file a response to Fugitive Media's Request to Unseal Exhibits and Transcripts Or, In The Alternative, View Sealed Documents, with respect to the sealed documents provided to the government by the Clerk's Office.

    (2)  On or before June 28, 2019, the government shall file a status report regarding the review of the remaining sealed

//

//

documents previously designated as classified to determine whether they remain subject to classification.

June 18, 2019
DATE

THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE