1  NICOLA T. HANNA
   United States Attorney
2  PATRICK R. FITZGERALD
   Assistant United States Attorney
3  Chief, National Security Division
   DAVID T. RYAN (Cal. Bar No.295785)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4491
7       Facsimile: (213) 894-2979
        E-mail:    david.ryan@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                      UNITED STATES DISTRICT COURT

11                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,           No. CR 84-972-VAP

13            Plaintiff,                STATUS REPORT

14       v.

15  RICHARD W. MILLER, et al.,

16            Defendants.

17

18       Plaintiff United States of America, by and through its counsel

19  of record, the United States Attorney for the Central District of

20  California and Assistant United States Attorney David T. Ryan, hereby

21  files this status report, pursuant to this Court's June 18, 2019,

22  Order Setting Briefing Schedule (Dkt. 1328).

23       On or about June 26, 2019, government counsel spoke with the

24  Court Information Security Officer ("CISO"), Scooter Slade, regarding

25  the status of the CISO's review of the materials in the sealed case

26  file provided to the government to determine whether any such

27  materials may be subject to classification.  The CISO informed

28  government counsel that he would seek an Order from the Court on or

before June 28, 2019, to enable him to retrieve and review the full set of records that were previously designated as classified and that are in the CISO's custody, so that he can compare those records with the materials provided to the government.

Dated: June 28, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

 /s/
DAVID T. RYAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2