1  NICOLA T. HANNA
   United States Attorney
2  PATRICK R. FITZGERALD
   Assistant United States Attorney
3  Chief, National Security Division
   DAVID T. RYAN (Cal. Bar No.295785)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4491
7       Facsimile: (213) 894-2979
        E-mail:   david.ryan@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
SEPT 11, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

10                      UNITED STATES DISTRICT COURT

11                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,           No. CR 84-972-VAP

13          Plaintiff,                 [~~PROPOSED~~] ORDER GRANTING IN PART
                                       AND DENYING IN PART NON-PARTY
14          v.                         FUGITIVE MEDIA'S REQUEST TO UNSEAL
                                       DOCUMENTS
15 RICHARD MILLER et al.,

16          Defendants.

17

18 For good cause shown, IT IS HEREBY ORDERED THAT:

19      Fugitive Media's Request to Unseal Exhibits and Transcripts Or,

20 In The Alternative, View Sealed Documents, is GRANTED IN PART, as

21 follows:  The following documents are to be UNSEALED: Docket Numbers

22 133, 236, 241, 255, 257, 258, 259, 266, 328, 335, 631, 680, 1111,

23 1112, 1113, 1114, 1116, 1118, 1119, 1120, 1121, 1122, 1126, 1127,

24 1128, 1130, 1131, 1132, 1134, 1135, 1136, 1137, 1138, 1139, 1140,

25 1141, 1142, 1143, 1144, 1145, 1146, 1147, 1148, 1149, 1150, 1151,

26 1152, 1153, 1154, 1155, 1157, 1159, 1161, 1162, 1163, 1165, 1166,

27 1167, 1168, 1169, 1170, 1171, 1172, 1173, 1174, 1175, 1176, 1177,

28 1178, 1179, 1180, 1181, 1182, 1183, 1184, 1185, 1186, 1187, 1188,

1189, 1190, 1191, 1192, 1193, 1194, 1195, 1196, 1198, 1199, 1200, 1201, 1202, 1203, 1204, 1205, 1206, 1207, 1208, 1209, 1210, 1211, 1212, 1213, 1214, 1215, 1216, 1217, 1218, 1219, 1220, 1221, 1222, 1223, 1224, 1225, 1226, 1227, 1228, 1229, 1231, 1233, 1235, 1237, 1238, 1239, 1240, 1241, 1242, 1243, 1246, 1249, 1250, 1251, 1253, 1254, 1255, 1259, 1260, 1261, 1262, 1263, 1264, 1265, 1275, 1277, 1285, 1286, 1287, 1288, 1290, 1291, 1292, 1293, 1300, 1301, 1307, 1311, 1313,  1267, 1268, 1289, 1303, 1310, 1314, 1315.

Fugitive Media's Request to Unseal Exhibits and Transcripts Or, In The Alternative, View Sealed Documents, is DENIED IN PART, as follows: All other documents previously ordered sealed in this case are to REMAIN SEALED.

September 11, 2019
DATE

THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
DAVID T. RYAN
Assistant United States Attorney